AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:22-MJ-01139 | Date and time warrant executed:<br>March 28, 2022, 6:30 am | Copy of warrant and inventory left with:<br>Left on pool table inside premises |
| Inventory made in the presence of :<br>Special Agent Michael Jia, Department of Homeland Security OIG | | |
| Inventory of the property taken and name of any person(s) seized:<br>- Five (5) semi-automatic pistols<br>- Five (5) pistol magazines<br>- 9mm pistol ammunition<br>- .40 S&W caliber ammunition<br>- Bulk US Currency<br>- Five (5) cell phones<br>- Two (2) laptops<br>- Bill Counter<br>- Magnetic strip card reader<br>- Debit/Credit Cards<br>- Miscellaneous documents<br>- Five (5) notebooks/ledgers<br>- One (1) small file folder.<br>- Cloth mask | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

CHRISTOPHER R R LEES
Digitally signed by CHRISTOPHER R LEES
Date: 2022.04.06 09:08:47 -07'00'

*Executing officer's signature*

Christopher Lees, Special Agent
*Printed name and title*